**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 5, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00979-CV

## IN RE ALBERT ORTIZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-61178**

---

## MEMORANDUM OPINION

On December 11, 2014, relator Albert Ortiz filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alexandra Smoots-Hogan, presiding judge of the 164th District Court of Harris County, to set aside her November 12, 2014 summary judgment order, which precludes relator from bringing additional claims on remand.

Relator has not established that he is entitled mandamus relief.  Accordingly, we deny relator's petition for a writ of mandamus.  We also deny relator's motion for emergency relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and McCally.